WILBORN LAW OFFICE, P.C.                    FILED'07 DEC 06 11:21USDC-ORP
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**MARILYN MARSHALL**,                              CV # 06-1863-BR

     Plaintiff,

vs.                                                            ORDER

**COMMISSIONER of Social Security**,

     Defendant.

---

Attorney fees in the amount of $6,550.00 are hereby awarded to Plaintiff's attorney, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount

of $350.00 are awarded pursuant to 28 U.S.C. § 1920.  The checks shall be mailed to Attorney

Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this _6th_ day of _December_, 2007.

_____
United States District Judge

Submitted on December 5, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1